People v Delacruz (2023 NY Slip Op 00436)

People v Delacruz

2023 NY Slip Op 00436

Decided on February 1, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 1, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
WILLIAM G. FORD
JANICE A. TAYLOR, JJ.

2020-00242
 (Ind. No. 6159/18)

[*1]The People of the State of New York, respondent,
v
Juan Delacruz, appellant.

Patricia Pazner, New York, NY (David Fitzmaurice of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Julian Joiris, and Sawyer White of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barry E. Warhit, J.), rendered December 4, 2019, convicting him of attempted burglary in the second degree and stalking in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence constitutes cruel and unusual punishment is unpreserved for appellate review (see People v Pena, 28 NY3d 727, 730; People v Rolling, 186 AD3d 1264, 1265). In any event, his sentence is constitutional (see People v Rolling, 186 AD3d at 1265; People v Parsley, 150 AD3d 894, 896).
The defendant validly waived his right to appeal (see People v Lopez, 6 NY3d 248; People v Williams, 203 AD3d 850, 851). His valid waiver of his right to appeal precludes review of his excessive sentence claim (see People v Batista, 167 AD3d 69, 75).
DILLON, J.P., CHRISTOPHER, FORD and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court